# Williamson *v.* The State.

APPEAL from the Circuit Court of Lee.
Tried before the Hon. A. A. EVANS.

No counsel marked as appearing for appellant.

MASSEY WILSON, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny. The judgment of conviction is affirmed.